United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM E. DICKINSON, ET AL.,

    Plaintiffs,                      No. C 12-01199 JSW

  v.

DEPUY ORTHOPAEDICS INC., ET AL.,      **ORDER VACATING HEARING**

    Defendants.
_____/

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay and the motion to remand which have been noticed for hearing on Friday, June 1, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: May 30, 2012

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE